Exhibit A

**Outlook**

---

**NORVIC HOUSTON-202504 / NORVIC – Calling Feeport to disch Steel Bars | Info Needed**

**From** Norvic - Operations <ops@norvicshipping.com>
**Date** Wed 8/20/2025 6:17 PM
**To** Gensteam Houston Operations <houops@gensteam.com>
**Cc** Kyle Munson <kyle.munson@gensteam.com>

📎 2 attachments (137 KB)
7. Norvic - Baltic 88 Blank Questionaire.xls; 1. PKL Freeport (1).xlsx;


Dear Gensteam Houston Team / Anil
cc Kyle Munson

Good day,

We are pleased to appoint you as disch port owners' agent for Mv Norvic Houston, for discharging about 27,000 MT of Steel Bars at Freeport, TX from Campana, under account of messrs Tenaris.

Official appointment will follow via DA Desk.

Preliminary eta to Brownsville is on / around 28-30 Sept iagw wp.
Vessel's description with contact details is in attachment.

Discharging terms are free out, dunnage removal is for owner's account. If dunnage is infected then all costs involved including the dunnage itself will be for charterers' account.

Please provide us best competitive pda together with the following information for our guidance;

- any special requirement for burning marine fuel in the port / restricted sulfur content not
   exceeding a fixed %.
- water density at berth / port
- port /channel/river restrictions
- other restrictions like loa, flag, draft, etc
- are there any port congestion / delays on berthing expected
- estimated duration of discharging operations / daily discharging rate
- port working hrs
- method of discharging
- how many gangs will be nominated for discharging
- availability of shore cranes at port and the relevant charges related to engagement
- name and number of berths/terminals permissible to discharge subject cargo
- whether bunker supply is allowed at port during port operations or not? If affirmative, please advise any the extra costs may arise due to bunker supply
- if any delays expected due to sea & weather conditions
- any upcoming holidays
- any further information that we need to know

Thank you.

Best regards,

**Anil Turan Bayar |** Operations Lead Americas
**Tel:** +1-346-368-2217 **Cell:** +1-281-690-2760 **Email:** ops@norvicshipping.com

**Norvic Shipping International, LLC**
16190 City Walk, Suite 250



Sugar Land, Texas 77479, United States

Switchboard: +1-346-368-2200

www.norvicshipping.com