Exhibit B

Outlook

## VEGA EVEREST-202501 / NORVIC - Calling Port Allen to load Bulk Yellow Corn | Info Needed

**From** Norvic - Operations <ops@norvicshipping.com>
**Date** Fri 8/1/2025 1:47 PM
**To**   Gensteam New Orleans Operations <nolops@gensteam.com>

1 attachment (240 KB)
BALTIC99 Form - 29 JULY.2025.doc;


Dear Gensteam Nola Team / Anil

Good Day

Good day,

We are pleased to appoint you as load port agent for Mv Vega Everest giving eta SWP on 06-07 Aug iagw wp to load **32,000MT 10% MOLOO Yellow Corn in Bulk** +/- 100 MT per grade in shipper's option, under account of messrs Portimex.
Official appointment will follow via DA Desk.

Vessel's description and contact details are in attachment.

Kindly update vessel's eta to all relevant parties accordingly.

Additionally, please provide the following information for our guidance;

- any special requirement for burning marine fuel in the port / restricted sulfur content not
  exceeding a fixed %.
- water density at berth / port
- port /channel/river restrictions
- other restrictions like loa, flag, draft, etc
- are there any port congestion / delays on berthing expected
- estimated duration of loading operations / daily loading rate
- cargo stowage factor as per shippers' declaration
- cargo readiness and max cargo quantity that shippers can provide
- port working hrs
- method of loading
- how many gangs will be nominated for loading
- availability of shore cranes at port and the relevant charges related to engagement
- whether the total cargo quantity loaded shall be determined basis shore scale or draft survey
- name and number of berths/terminals permissible to load subject cargo
- whether bunker supply is allowed at port during port operations or not? If affirmative, please advise any the extra costs may arise due to bunker supply
- if any delays expected due to sea & weather conditions
- any upcoming holidays
- any further information that we need to know

Thank you.


Best regards,

**Anil Turan Bayar |** Operations Lead Americas
**Tel:** +1-346-368-2217 **Cell:** +1-281-690-2760 **Email:** ops@norvicshipping.com



**Norvic Shipping International, LLC**

16190 City Walk, Suite 250

Sugar Land, Texas 77479, United States

Switchboard: +1-346-368-2200

www.norvicshipping.com