Exhibit C

 Outlook

---

**Port agency appointment by Norvic Shipping International Ltd, NORVIC SINGAPORE / 202504 / Brownsville TX / NVI-250878-1**

---

**From** noreply@da-desk.com <noreply@da-desk.com>
**Date** Fri 8/29/2025 2:00 PM
**To**   Gensteam Corpus Christi Operations <cpsops@gensteam.com>
**Cc**   ops@norvicshipping.com <ops@norvicshipping.com>; Gensteam Corpus Christi Operations
         <cpsops@gensteam.com>


| | |
|---|---|
| **Date** | 29 Aug 25 |
| **To** | General Steamship Agencies Inc DBA General Steamship Corporation Ltd - Corpus Christi TX |
| **Subject** | Port agency appointment by Norvic Shipping International Ltd, NORVIC SINGAPORE / 202504 / Brownsville TX / NVI-250878-1 |

Dear Sir / Madam,

Norvic Shipping International Ltd is pleased to appoint you as port agent for NORVIC SINGAPORE, Voyage (202504) calling at Brownsville TX , ETA 08 Sep 25 , for Discharging.

Click here to accept the appointment and provide your best pro-forma disbursement account quotation for the above port call using our online DA-Desk System.

For help with the DA-Desk System please contact us at norvicshipping@da-desk.com. To request a username/password please include "Request username / password" in the subject line.

For any correspondence with DA-Desk regarding this DA, kindly quote this reference no: NVI-250878-1. Kindly note, DA-Desk should be kept informed of matters related to the DA, but not on general operational communication emails.

By accepting the appointment in the system both DA-Desk and the Principal will be informed. Thus email confirmation for the appointment acceptance is not required.

**Please note that this is a No-Reply email address.** If you wish to contact DA-Desk regarding this port call, please either use the chat facility in the DA-Desk system or contact us at norvicshipping@da-desk.com

Best regards,
DA-Desk FZE

Email : norvicshipping@da-desk.com
Phone : +971 4 3636200

CC: Norvic Shipping International Ltd (Attn: Anil Turan Bayar)

**IMPORTANT**
This email was sent from an address that cannot accept incoming email. Please do not reply to this message.