Exhibit E

  

PORT DISBURSEMENT

General Steamship Corporation
12621 Featherwood Drive, Suite 240
Houston, TX 77034
Telephone (713) 475-9007

```
                                                            ----INVOICE NO----
NORVIC SHIPPING INTERNATIONAL LLC                           3888-59465-131044
250 WEST 55TH STREET
25TH FLOOR, SUITE 2503                                          ----DATE----
NEW YORK, NY 10019                                               2025-11-03
US
                      ------------------VESSEL------------------
                      VESSEL      NORVIC HOUSTON
                      VOYAGE      202504
                      ARRIVAL     2025-09-28
                      DEPARTURE   2025-10-03
                      PORT        FREEPORT, TX

        ---------------DESCRIPTION----------------  ----------AMOUNT DR (CR)----------

     1  PILOTS                                           $4,776.80
     2  LINES                                            $1,247.40
     3  TERMINAL SECURITY                                $3,456.84
     4  TERMINAL SECURITY                                  $771.00
     5  DOCKAGE                                         $30,672.90
     6  BERTH CLEANING (P)                               $4,569.90
     7  FRESH WATER (P)                                    $540.00
     8  CUSTOMS                                          $4,221.28
     9  DUNNAGE/DUMPSTER/REMOVAL (P)                    $36,932.88
    10  AMS/ACE (P)                                        $500.00
    11  COURIER FEES                                        $20.81
    12  BASE AGENCY FEE (P)                              $6,000.00
    13  AGENCY FEE - ASSESSORIALS (P)                      $450.00

             TOTAL PORT EXPENSES
                                                                         $94,159.81
    14  WATER                                               $65.11
    15  WATER                                              $192.16

             TOTAL CARGO EXPENSES
                                                                            $257.27
    16  FUNDS RECEIVED                                 ($49,864.24)
    17  FUNDS RECEIVED                                 ($41,186.99)


             TOTAL RECEIPTS
                                                                        ($91,051.23)
```

  

PORT DISBURSEMENT

General Steamship Corporation
12621 Featherwood Drive, Suite 240
Houston, TX 77034
Telephone (713) 475-9007

```
NORVIC SHIPPING INTERNATIONAL LLC                         ----INVOICE NO----
250 WEST 55TH STREET                                      3888-59465-131044
25TH FLOOR, SUITE 2503
NEW YORK, NY 10019                                             ----DATE----
US                                                             2025-11-03


                  GRAND TOTAL DISBURSEMENTS                   --------------
                                                                  $3,365.85


     Balance Due To General Steamship Corporation, LTD          $3,365.85
                                                              ==============

Bank:        Wells Fargo Bank - San Francisco
Beneficiary: General Steamship Corporation, Ltd.
Account:     ████-██2470
ABA:         █████0248
Swift:       WFBIUS6S
Reference:   3888-59465 - NORVIC HOUSTON
```

Please note we have not changed our banking details. Any requests to change bank details or re-route funds to a different account are fraudulent, and should be immediately discarded and reported to us. Please exercise due diligence when remitting funds. We highly suggest confirming bank details by a known phone number prior to remittance.

If you have any questions concerning this account, please contact Braden Gilcrease at our HOUSTON office: houops@gensteam.com or (713) 475-9007

1.5% interest will be charged on all unpaid balances after 30 days.