Exhibit F

  

PORT DISBURSEMENT

General Steamship Corporation
12621 Featherwood Drive, Suite 240
Houston, TX 77034
Telephone (713) 475-9007

```
                                                    ----INVOICE NO----
NORVIC SHIPPING INTERNATIONAL LLC                   3888-59465-131556
250 WEST 55TH STREET
25TH FLOOR, SUITE 2503                                  ----DATE----
NEW YORK, NY 10019                                       2025-12-17
US
                       -----------------VESSEL-----------------
                       VESSEL      NORVIC HOUSTON
                       VOYAGE      202504
                       ARRIVAL     2025-09-28
                       DEPARTURE   2025-10-03
                       PORT        FREEPORT, TX


    ---------------DESCRIPTION---------------   ----------AMOUNT DR (CR)----------

     1 CASH TO MASTER (P)                            $2,000.00



          TOTAL PORT EXPENSES                                         $2,000.00


                                                                   ---------------
                       GRAND TOTAL DISBURSEMENTS                      $2,000.00


     Balance Due To General Steamship Corporation, LTD               $2,000.00
                                                                   ===============

Bank:          Wells Fargo Bank - San Francisco
Beneficiary:   General Steamship Corporation, Ltd.
Account:       ████-██2470
ABA:           ██████0248
Swift:         WFBIUS6S
Reference:     3888-59465 - NORVIC HOUSTON
```

Please note we have not changed our banking details. Any requests to change bank details or re-route funds to a different account are fraudulent, and should be immediately discarded and reported to us. Please exercise due diligence when remitting funds. We highly suggest confirming bank details by a known phone number prior to remittance.

If you have any questions concerning this account, please contact Braden Gilcrease at our HOUSTON office: houops@gensteam.com or (713) 475-9007

  

PORT DISBURSEMENT

General Steamship Corporation
12621 Featherwood Drive, Suite 240
Houston, TX 77034
Telephone (713) 475-9007

NORVIC SHIPPING INTERNATIONAL LLC
250 WEST 55TH STREET
25TH FLOOR, SUITE 2503
NEW YORK, NY 10019
US

----INVOICE NO----
3888-59465-131556

----DATE----
2025-12-17

1.5% interest will be charged on all unpaid balances after 30 days.