Exhibit G

  

```
                           PORT DISBURSEMENT

                       General Steamship Corporation
                    3330 West Esplanade Avenue, Suite 520
                              Metairie, LA 70002
                           Telephone (504) 833-7777


                                                            ----INVOICE NO----
NORVIC SHIPPING INTERNATIONAL LTD. (CANADA)                  3723-59245-130290
SSQ PLACE, 110 SHEPPARD AVE. E.
STE.# 309                                                        ----DATE----
TORONTO, ON M2N6Y8                                                2025-10-21
CA
                      ------------------VESSEL------------------
                      VESSEL      VEGA EVEREST
                      VOYAGE      202501
                      ARRIVAL     2025-08-09
                      DEPARTURE   2025-08-19
                      PORT        NEW ORLEANS, LA


          ---------------DESCRIPTION---------------   ----------AMOUNT DR (CR)----------


              TOTAL RECEIPTS
                                                                      $0.00
         1  PILOTS                                              $8,571.47
         2  PILOTS                                              $7,434.24
         3  PILOTS                                              $7,434.24
         4  PILOTS                                              $8,444.35
         5  PILOTS                                              $8,571.47
         6  PILOTS                                              $9,187.22
         7  PILOTS                                              $8,897.95
         8  PILOTS                                              $3,092.04
         9  PILOTS                                              $3,092.04
        10  PILOTS                                              $3,092.04
        11  PILOTS                                              $3,092.04
        12  PILOTS                                              $3,092.04
        13  PILOTS                                              $4,697.96
        14  PILOTS                                              $4,645.88
        15  PILOTS                                              $4,645.88
        16  PILOTS                                              $3,092.04
        17  PILOTS                                              $9,788.95
        18  PILOTS                                             $12,614.95
        19  PILOTS                                             $12,614.95
        20  PILOTS                                              $9,788.95
        21  PILOTS                                              $7,299.86
        22  PILOTS                                              $7,087.18
        23  PILOTS                                              $9,919.54
        24  PILOTS                                              $4,857.45
        25  PILOTS                                              $5,763.34
        26  PILOT LAUNCHES                                      $1,620.00
        27  PILOT LAUNCHES                                      $1,620.00
        28  PILOT LAUNCHES                                      $6,300.00
        29  PILOT LAUNCHES                                     $16,500.00
        30  PILOT LAUNCHES                                      $1,537.50
```

  

PORT DISBURSEMENT

General Steamship Corporation
3330 West Esplanade Avenue, Suite 520
Metairie, LA 70002
Telephone (504) 833-7777

NORVIC SHIPPING INTERNATIONAL LTD. (CANADA)
SSQ PLACE, 110 SHEPPARD AVE. E.
STE.# 309
TORONTO, ON M2N6Y8
CA

----INVOICE NO----
3723-59245-130290

----DATE----
2025-10-21

| | | |
|---|---|---|
| 31 | PILOT LAUNCHES | $1,537.50 |
| 32 | PILOT LAUNCHES | $1,537.50 |
| 33 | PILOT LAUNCHES | $1,537.50 |
| 34 | PILOT LAUNCHES | $1,537.50 |
| 35 | PILOT LAUNCHES | $1,537.50 |
| 36 | PILOT LAUNCHES | $1,537.50 |
| 37 | PILOT LAUNCHES | $1,537.50 |
| 38 | PILOT LAUNCHES | $1,537.50 |
| 39 | PILOT LAUNCHES | $1,537.50 |
| 40 | PILOT LAUNCHES | $1,537.50 |
| 41 | PILOT LAUNCHES | $1,537.50 |
| 42 | PILOT LAUNCHES | $1,537.50 |
| 43 | PILOT LAUNCHES | $1,537.50 |
| 44 | PILOT LAUNCHES | $1,537.50 |
| 45 | PILOT LAUNCHES | $1,537.50 |
| 46 | PILOT LAUNCHES | $1,537.50 |
| 47 | PILOT LAUNCHES | $1,800.00 |
| 48 | PILOT LAUNCHES | $1,537.50 |
| 49 | PILOT LAUNCHES | $1,537.50 |
| 50 | CUSTOMS | $3,715.80 |
| 51 | ASSESSMENTS | $230.00 |
| 52 | USDA INSPECTION | $911.40 |
| 53 | HARBOR FEES | $875.00 |
| 54 | HARBOR FEES | $407.38 |
| 55 | DOCKAGE | $77,311.05 |
| 56 | TUGS | $22,600.38 |
| 57 | LINES | $4,050.00 |
| 58 | GANGWAY RENTAL | $1,500.00 |
| 59 | AGENCY FEE - ASSESSORIALS (P) | $10,815.00 |
| 60 | BASE AGENCY FEE (P) | $5,750.00 |

TOTAL PORT EXPENSES                                    $356,036.58

| | | |
|---|---|---|
| 61 | ELEVATOR CHARGES | $46,875.00 |
| 62 | NAT'L CARGO BUREAU INSPECTION | $4,357.00 |

TOTAL CARGO EXPENSES                                   $51,232.00

| | | |
|---|---|---|
| 63 | FUNDS RECEIVED | ($252,063.55) |
| 64 | FUNDS RECEIVED | ($95,822.98) |

TOTAL RECEIPTS                                         ($347,886.53)

  

PORT DISBURSEMENT

General Steamship Corporation
3330 West Esplanade Avenue, Suite 520
Metairie, LA 70002
Telephone (504) 833-7777

```
NORVIC SHIPPING INTERNATIONAL LTD. (CANADA)         ----INVOICE NO----
SSQ PLACE, 110 SHEPPARD AVE. E.                      3723-59245-130290
STE.# 309
TORONTO, ON M2N6Y8                                       ----DATE----
CA                                                        2025-10-21


                                                        --------------
                    GRAND TOTAL DISBURSEMENTS              $59,382.05


        Balance Due To General Steamship Corporation, LTD    $59,382.05
                                                            ==============

Bank:          Wells Fargo Bank - San Francisco
Beneficiary:   General Steamship Corporation, Ltd.
Account:       ███-█2470
ABA:           ███████0248
Swift:         WFBIUS6S
Reference:     3723-59245 - VEGA EVEREST
```

Please note we have not changed our banking details. Any requests to change bank details or re-route funds to a different account are fraudulent, and should be immediately discarded and reported to us. Please exercise due diligence when remitting funds. We highly suggest confirming bank details by a known phone number prior to remittance.

If you have any questions concerning this account, please contact Rob Lewis at our NEW ORLEANS office: nolops@gensteam.com or (504) 833-7777

   1.5% interest will be charged on all unpaid balances after 30 days.