Exhibit H

  

PORT DISBURSEMENT

General Steamship Corporation
710 Buffalo Street, Suite 809
Corpus Christi, TX 78401-1934
Telephone (361) 883-2300

```
                                                         ----INVOICE NO----
NORVIC SHIPPING INTERNATIONAL LTD. (CANADA)              3723-59516-130728
SSQ PLACE, 110 SHEPPARD AVE. E.
STE.# 309                                                     ----DATE----
TORONTO, ON M2N6Y8                                             2025-11-12
CA
                    ------------------VESSEL------------------
                    VESSEL     NORVIC SINGAPORE
                    VOYAGE     202504
                    ARRIVAL    2025-09-09
                    DEPARTURE  2025-09-12
                    PORT       BROWNSVILLE, TX


        ---------------DESCRIPTION---------------   ----------AMOUNT DR (CR)----------

         1 PILOTS                                            $9,826.04
         2 HARBOR FEES                                         $495.08
         3 LINES                                             $2,900.00
         4 TUGS                                             $28,872.05
         5 TERMINAL SECURITY                                 $1,169.63
         6 DOCKAGE                                          $13,367.16
         7 FRESH WATER (P)                                     $327.72
         8 SEAMAN'S CENTER (P)                                  $80.00
         9 AMS/ACE (P)                                         $750.00
        10 CUSTOMS                                           $4,221.28
        11 CBP OVERTIME (P)                                    $391.59
        12 BASE AGENCY FEE (P)                               $6,000.00
        13 AGENCY FEE - ASSESSORIALS (P)                        $40.00

              TOTAL PORT EXPENSES
                                                                            $68,440.55
        14 FUNDS RECEIVED FROM MASTER                        ($147.00)

              TOTAL PASSENGER EXPENSE
                                                                              ($147.00)
        15 FUNDS RECEIVED                                 ($86,715.00)


              TOTAL RECEIPTS
                                                                           ($86,715.00)
```

  

PORT DISBURSEMENT

General Steamship Corporation
710 Buffalo Street, Suite 809
Corpus Christi, TX 78401-1934
Telephone (361) 883-2300

```
                                                        ----INVOICE NO----
NORVIC SHIPPING INTERNATIONAL LTD. (CANADA)             3723-59516-130728
SSQ PLACE, 110 SHEPPARD AVE. E.
STE.# 309                                                   ----DATE----
TORONTO, ON M2N6Y8                                           2025-11-12
CA

                                                         --------------
                   GRAND TOTAL DISBURSEMENTS                ($18,421.45)


    Balance Due to NORVIC SHIPPING INTERNATIONAL LTD. (CANADA)  ($18,421.45)
                                                              ==============
```

If you have any questions concerning this account, please contact Rudy Gracia at our CORPUS CHRISTI office: cpsops@gensteam.com or (361) 883-2300

        1.5% interest will be charged on all unpaid balances after 30 days.