Exhibit I

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **GENERAL STEAMSHIP CORPORATION** | | |
| Plaintiff | | NO. _____ |
| v. | | FED. R. CIV. P. 9(h) |
| **NORVIC SHIPPING INTERNATIONAL LLC, AND NORVIC SHIPPING INTERNATIONAL LTD. (CANADA)** | | ADMIRALTY |
| Defendants. | | |

### DECLARATION OF SEAN M. COSTIGAN

This affidavit is executed by Sean M. Costigan, counsel for Plaintiff, General Steamship Corporation, in order to secure the issuance of a Process of Maritime Attachment and Garnishment in the above-captioned Admiralty Cause. Pursuant to 28 U.S.C. § 1746, I, Sean M. Costigan, declare under the penalty of perjury:

I am an attorney with the firm of Brand Glick Brand, attorneys for Plaintiff in the above referenced matter. I am admitted to practice in the District of New Jersey.

I am familiar with the circumstances of the Verified Complaint, and I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of Defendants, Norvic Shipping International LLC and Norvic Shipping International Ltd. (Canada) (hereinafter "Defendants"), pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and as required by Local Admiralty Rule LAMR (b)(1).

I have personally inquired or have directed inquiries into the presence of Defendants in this District.

I have checked with the office of the New Jersey Department of the Treasury, Division of Revenue & Enterprise Services, using their on-line database, and have determined that, as of February 25, 2026, Defendants are not incorporated pursuant to the laws of New Jersey.  Upon information and belief, defendants have not nominated any agent(s) for the service of process within the State.

I have engaged in a search of the Superpages telephone directory on the internet, and determined that there are no telephone listings or addresses for Defendants within this District.

I have engaged in a Google search as to whether the Defendants can be located within this District. The Google search results did not provide any information that the Defendants are located within this District.

I am unaware of any general or managing agent(s) within this District for the Defendants.

Upon information and belief, I have determined that the Defendants have not appointed an agent for service of process within the state of New Jersey and that I have found no indication that Defendants can be found within this District for the purposes of Rule B.

I have formed a good faith belief based upon my investigation and the investigation of the attorneys under my direction that Defendants do not not have sufficient contacts or business activities within this District and do not have any offices or agents within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief, based upon an investigation performed by myself and the attorneys under my direction that Defendants cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: February 25, 2026
      East Meadow, New York                                         Respectfully Submitted

                                                                                                 BRAND GLICK BRAND

                                            By:     /s/Sean M. Costigan
                                                                  SEAN M. COSTIGAN
                                                                  NJ State Bar ID: 044622011
                                                                  90 Merrick Avenue, Suite 203
                                                                  East Meadow, NY 11554
                                                                  Telephone: (516) 284-2962
                                                                  scostigan@bgfirm.com

                                                    *Attorneys for Plaintiff*
                                                    GENERAL STEAMSHIP CORPORATION

OF COUNSEL

CHALOS & CO., P.C.
George M. Chalos
*Pro Hac Vice Forthcoming*
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone: 516 714-4300
Facsimile: 516-750-9051
gmc@chaloslaw.com

3