UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**GENERAL STEAMSHIP**
**CORPORATION**
            **Plaintiff**            **NO. _____**

         **v.**            **FED. R. CIV. P. 9(h)**

**NORVIC SHIPPING INTERNATIONAL**    **ADMIRALTY**
**LLC, AND NORVIC SHIPPING**
**INTERNATIONAL LTD. (CANADA)**
            **Defendants.**

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746 I, Scott M. Jones, hereby declare under penalty of perjury:

1.    I am a representative of Plaintiff GENERAL STEAMSHIP CORPORATION and authorized to act on the company's behalf; and

2.    I have read the foregoing Verified Complaint and exhibits thereto and know the contents thereof; and

3.    I verify the allegations contained therein to be true to my own knowledge, except as to matters stated to be upon information and belief, and as to those matters I believe them to be true.

4.    The grounds for my belief are based upon my personal knowledge during the course of my professional duties and my review and familiarity with correspondence, records, and other relevant documents maintained in the ordinary course of business and information obtained from employees and representatives of the Plaintiff through agents, underwriters, and/or attorneys.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date: February 24, 2026    By: _____

[City, Country] Mill Valley, CA, USA
[NAME] Scott M. Jones
[TITLE] CEO
Authorized Representative for
*GENERAL STEAMSHIP CORPORATION*