UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GENERAL STEAMSHIP CORPORATION** | |
| Plaintiff | IN ADMIRALTY |
| v. | NO. 26-CV-2000-SRC-CF |
| **NORVIC SHIPPING INTERNATIONAL LLC, AND NORVIC SHIPPING INTERNATIONAL LTD. (CANADA)** | |
| Defendants. | |

### EX PARTE MOTION FOR AN ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO RULE 4(C)(3) AND SUPPLEMENTAL RULE B(1)

COMES NOW, Plaintiff General Steamship Corporation ("Plaintiff"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 4(c)(3) and Supplemental Rule B for Admiralty or Maritime Claims and Asset Forfeiture Actions, and hereby respectfully moves this Court *ex parte* for an order appointing a special process server to serve process and effectuate maritime attachment and garnishment in this admiralty and maritime action.

In support of this Motion, Plaintiff states as follows:

I.     **Nature of the Action and Relief Sought**

1. This is an admiralty and maritime action within the original jurisdiction of this Court.

2. Plaintiff seeks the appointment of Nicholas Laietta of DGR Legal, whose address is 1359 Littleton Road, Morris Plains, New Jersey 07950, and whose telephone number and email are (973) 403-1700 and service@dgrlegal.com, as Special Process Server in this action.

3. The Special Process Server will be authorized to serve the Summons and Complaint, as well as the Process of Maritime Attachment and Garnishment issued pursuant to

1

Supplemental Rule B, together with any related notices required by the Court, the Federal Rules of Civil Procedure, the Supplemental Rules, and applicable local practice.

## II. Factual Background

4. Plaintiff has filed a verified complaint in this admiralty and maritime action.

5. The complaint includes a prayer for process of maritime attachment and garnishment pursuant to Supplemental Rule B.

6. Plaintiff seeks to effectuate maritime attachment and garnishment upon garnishees holding Defendants' property within this District.

7. Specifically, Plaintiff has identified Valley National Bank, whose corporate headquarters are located at 70 Speedwell Avenue, Morristown, New Jersey 07960, as a garnishee holding property belonging to defendants and subject to attachment.

8. Plaintiff may identify additional garnishees or persons in possession, custody, or control of Defendants' property within this District.

## III.   Basis for Appointment of Special Process Server

9. Federal Rule of Civil Procedure 4(c)(3) authorizes the Court, at the plaintiff's request, to order that service be made by a person specially appointed by the Court.

10. Supplemental Rule B governs *in personam* actions involving attachment and garnishment in admiralty and maritime cases.

11. Under Supplemental Rule B(1), when a defendant is not found within the district, a verified complaint may contain a prayer for process to attach the defendant's tangible or intangible personal property in the hands of the garnishee(s) named in the process.

12. The Court must review the complaint and affidavit and, if the conditions of Supplemental Rule B appear to exist, enter an order authorizing process of attachment and garnishment.

13. The Supplemental Rules for Admiralty or Maritime Claims apply in conjunction with the Federal Rules of Civil Procedure, except to the extent they are inconsistent.

14. The appointment of a special process server will facilitate the expedited, efficient and proper service of process and effectuation of maritime attachment and garnishment procedures in this action while also preserving the valuable resources of the United States Marshals Service for other matters.

### IV.     Scope of Authority Requested for Special Process Server

15. Plaintiff requests that the Special Process Server be authorized to serve and effectuate the maritime attachment and garnishment upon garnishee, Valley National Bank, at its corporate headquarters located at 70 Speedwell Avenue, Morristown, New Jersey 07960, and upon any other garnishees or persons in possession, custody, or control of Defendants' property within this District, as identified by Plaintiff from time to time, consistent with Supplemental Rule B and any process issued by the Clerk.

16. Service by the Special Process Server should be authorized by any means permitted under the Federal Rules of Civil Procedure, the Supplemental Rules, and applicable law, including service upon authorized or registered agents of the garnishee(s) and in the manner permitted by Federal Rule of Civil Procedure 4(h) for service on corporations, partnerships, or associations, and Rule 4(e) for service on individuals, to the extent applicable.

17. The Special Process Server should be required to promptly file proofs of service in accordance with Federal Rule of Civil Procedure 4(l), together with an affidavit or declaration describing the date, place, manner of service, and the documents served.

18. The fees and costs of the Special Process Server will be paid by Plaintiff and may be sought to be taxed as costs and/or otherwise recoverable as permitted by contract, statute, rule, or order of the Court.

19. This appointment should be without prejudice to Plaintiff's right to request further or supplemental relief in aid of service and/or maritime attachment and garnishment.

### IV.    Good Cause Exists for the Requested Relief

20. Good cause exists for the appointment of a special process server in this admiralty and maritime action to ensure expedited, proper and efficient service of process and effectuation of maritime attachment and garnishment.

21. The appointment of a special process server will facilitate compliance with the requirements of Supplemental Rule B and the Federal Rules of Civil Procedure governing service in maritime attachment proceedings.

22. The appointment of a special process server will also preserve the valuable resources of the United States Marshals Service for other matters.

23. The Special Process Server possesses the necessary expertise and capability to properly serve process and effectuate maritime attachment and garnishment upon the garnishee(s) within this District.

WHEREFORE, Plaintiff, General Steamship Corporation, respectfully requests that this Court issue an order:

A. Appointing Nicholas Laietta of DGR Legal, whose address is 1359 Littleton Road, Morris Plains, New Jersey 07950, and whose telephone number and email are (973) 403-1700 and service@dgrlegal.com, as Special Process Server in this action;

4

B.  Authorizing the Special Process Server to serve the Summons and Complaint and the Process of Maritime Attachment and Garnishment issued pursuant to Supplemental Rule B, together with any related notices;

C.  Authorizing the Special Process Server to serve and effectuate the maritime attachment and garnishment upon garnishee, Valley National Bank, located at 70 Speedwell Avenue, Morristown, New Jersey 07960, and upon any other garnishees or persons in possession, custody, or control of Defendants' property within this District;

D.  Authorizing service by the Special Process Server by any means permitted under the Federal Rules of Civil Procedure, the Supplemental Rules, and applicable law, including in the manner permitted by Federal Rule of Civil Procedure 4(h) and Rule 4(e);

E.  Requiring the Special Process Server to promptly file proofs of service in accordance with Federal Rule of Civil Procedure 4(l);

F.  Providing that the fees and costs of the Special Process Server shall be paid by Plaintiff and may be sought to be taxed as costs and/or otherwise recoverable as permitted by contract, statute, rule, or order of the Court;

G.  Providing that this Order is without prejudice to Plaintiff's right to request further or supplemental relief in aid of service and/or maritime attachment and garnishment; and

H.  Granting such other and further relief as the Court deems just and proper.

Dated: February 26, 2026
       East Meadow, New York

        Respectfully Submitted

        BRAND GLICK BRAND

By:   /s/Sean M. Costigan
       SEAN M. COSTIGAN
       NJ State Bar ID: 044622011
       90 Merrick Avenue, Suite 203
       East Meadow, NY 11554
       Telephone: (516) 284-2962
       scostigan@bgfirm.com

*Attorneys for Plaintiff*
GENERAL STEAMSHIP CORPORATION

OF COUNSEL

CHALOS & CO., P.C.
George M. Chalos
*Pro Hac Vice Forthcoming*
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone: 516 714-4300
Facsimile: 516-750-9051
gmc@chaloslaw.com