UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GENERAL STEAMSHIP CORPORATION** | |
| Plaintiff | IN ADMIRALTY |
| v. | NO. 26-CV-2000-SRC-CF |
| **NORVIC SHIPPING INTERNATIONAL LLC, AND NORVIC SHIPPING INTERNATIONAL LTD. (CANADA)** | |
| Defendants. | |

### ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO RULE 4(C)(3) AND SUPPLEMENTAL RULE B

Upon the application of Plaintiff, General Steamship Corporation ("Plaintiff"), and for good cause shown;

It Is on This ___ Day of _____ 2026, Ordered

Pursuant to Federal Rule of Civil Procedure 4(c)(3), the Court appoints Nicholas Laietta of DGR Legal, whose address is 1359 Littleton Road, Morris Plains, New Jersey 07950, and whose telephone number and email are (973) 403-1700 and service@dgrlegal.com (the "Special Process Server"), to serve process in this action.

The Special Process Server is authorized to serve:

the Summons and Complaint; and

the Process of Maritime Attachment and Garnishment issued pursuant to Supplemental Rule B for Admiralty or Maritime Claims and Asset Forfeiture Actions, together with any related notices required by the Court, the Federal Rules of Civil Procedure, the Supplemental Rules, and applicable local practice.

1

The Special Process Server is specifically authorized to serve and effectuate the maritime attachment and garnishment upon the garnishee, Valley National Bank, whose corporate headquarters are located at 70 Speedwell Avenue, Morristown, NJ 07960, and upon any other garnishee(s) or person(s) in possession, custody, or control of Defendants' property within this District, as identified by Plaintiff from time to time, consistent with Supplemental Rule B and any process issued by the Clerk.

Service by the Special Process Server may be made by any means authorized under the Federal Rules of Civil Procedure, the Supplemental Rules, and applicable law, including service upon authorized agents of the garnishee(s) and in the manner permitted by Federal Rule of Civil Procedure 4(h) (for service on a corporation, partnership, or association) and Rule 4(e) (for service on an individual), to the extent applicable.

The Special Process Server shall promptly file proof(s) of service in accordance with Federal Rule of Civil Procedure 4(l), together with an affidavit or declaration describing the date, place, manner of service, and the documents served.

The fees and costs of the Special Process Server shall be paid by Plaintiff and may be sought to be taxed as costs and/or otherwise recoverable as permitted by contract, statute, rule, or order of the Court.

This Order is without prejudice to Plaintiff's right to request further or supplemental relief in aid of service and/or maritime attachment and garnishment.

IT IS SO ORDERED.


_____
Honorable Stanley R. Chesler
United States District Judge