UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENERAL STEAMSHIP CORPORATION | |
| Plaintiff, | IN ADMIRALTY |
| v. | NO. 26-CV-2000-SRC-CF |
| NORVIC SHIPPING INTERNATIONAL LLC, and NORVIC SHIPPING INTERNATIONAL LTD. (CANADA) | |
| Defendants. | |

### ORDER GRANTING MOTION FOR ADMISSION OF GEORGE M. CHALOS *PRO HAC VICE*

This matter having been brought before the Court upon the Motion of Plaintiff, General Steamship Corporation, for an Order allowing George M. Chalos, Esq. to appear and participate in the above-captioned matter *pro hac vice* as counsel for Plaintiff; and the Court having considered the moving papers, and this matter being considered pursuant to Fed. R. Civ. P. 78 and Local Civ. R. 101.1(c), and for good cause shown:

**IT IS on this 4th day of March, 2026.**

**ORDERED** that George M. Chalos, Esq., be permitted to appear *pro hac vice* on behalf of Plaintiff in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Sean M. Costigan, Esq. of Brand Glick Brand, attorney of record for Plaintiff, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case, and who will be held responsible for the conduct of George M. Chalos; and it is further

1

**ORDERED** that George M. Chalos, Esq. shall make payment of $250.00 to the Clerk of the Court as a fee for his admission *pro hac vice*, in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that George M. Chalos, Esq. shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year; and it is further

**ORDERED** that George M. Chalos, Esq. shall provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a); and it is further

**ORDERED** that George M. Chalos, Esq. shall be bound by the Rules of the U.S. District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that George M. Chalos, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that George M. Chalos, Esq. may file a request for *pro hac vice* counsel to receive electronic notifications in this matter.

SO ORDERED:

*s/Cari Fais*
_____
Hon. Cari Fais, U.S.M.J.