UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GENERAL STEAMSHIP CORPORATION** | **IN ADMIRALTY** |
| Plaintiff | NO. 26-CV-2000-SRC-CF |
| v. | |
| **NORVIC SHIPPING INTERNATIONAL LLC, AND NORVIC SHIPPING INTERNATIONAL LTD. (CANADA)** | |
| Defendants. | |

### WRIT OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

To: The United States Marshal for the District of New Jersey, or to any other person or entity authorized to serve process in this District:

WHEREAS, Plaintiff has filed a Verified Complaint in this action seeking maritime attachment and garnishment pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, alleging that:

Plaintiff provided vessel agency services to Defendant, Norvic Shipping International LLC, pursuant to maritime contracts; and

Plaintiff performed its vessel agency services pursuant to the agreement; and Defendants failed to pay for such services in the total amount of $5,365.85; and Defendants are not found within this District for purposes of Supplemental Rule B and Local Admiralty Rule LAMR (b)(1); and

Defendant's tangible or intangible property may be found within this District, including but not limited to certain assets, monies and/or funds held in a physical bank account within the

District of New Jersey at Valley National Bank, whose corporate headquarters are located at 70 Speedwell Avenue, Morristown, NJ 07960 (the "Garnishee").

NOW, THEREFORE, YOU ARE COMMANDED to attach and garnish all of Defendants' tangible or intangible property within this District that may be found in the hands of the Garnishee, including but not limited to funds, monies, credits, and other assets held for the benefit of Defendant, Norvic Shipping International LLC, at Valley National Bank, whose corporate headquarters are located at 70 Speedwell Avenue, Morristown, NJ 07960, up to the amount of $5,365.85, plus prejudgment interest, costs, and such other amounts as may be awarded by the Court, and to hold such property in your hands or in the hands of the Garnishee, subject to further order of the Court.

**GARNISHMENT INSTRUCTIONS AND NOTICE TO GARNISHEE**

To: Valley National Bank, 70 Speedwell Avenue, Morristown, NJ 07960

YOU ARE HEREBY NOTIFIED that you are named as a Garnishee in this action and are required to:

Identify and restrain any and all property (including without limitation bank accounts, funds, credits, wire transfers, deposits, and other intangible property) of, belonging to, or payable to Defendants, Norvic Shipping International LLC, that is in your possession, custody, or control within this District; and

Hold such property restrained, up to the amount specified in this Process, pending further order of the Court; and

Provide an answer or statement in accordance with applicable law and the Court's orders, identifying the nature, amount, and location of any restrained property.

Failure to comply with this Process may subject the Garnishee to liability or sanctions as provided by law.

You shall make due and prompt return of this Process to the Clerk of the Court, together with a statement describing the property attached and the date and manner of service.

Issued this ____ day of _____, 20___.

Clerk of the Court


By: _____

Deputy Clerk